■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMIAN ALVAREZ, Appellant. [807 NYS2d 912]—Appeal from a judg-

ment of the Erie County Court (Timothy J. Drury, J.), rendered May 26, 2004. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Green and Hayes, JJ.